UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re: ZYPREXA                                    : MDL No. 1596
PRODUCTS LIABILITY LITIGATION     :
------------------------------------------------------------X
JAMES CUNNINGHAM, et al.,                 : 09-CV-1012 (JBW)

      Plaintiffs,                                           :

  vs.                                                             : JUDGMENT

ELI LILLY AND COMPANY,                      :

      Defendant.                                         :
------------------------------------------------------------X
THIS DOCUMENT RELATES TO:            :
DAVID DIXON                                         :
------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 19 2010 ★
BROOKLYN OFFICE

      An Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on May 19, 2010, granting defendant's motion for summary judgment; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant and that defendant's motion for summary judgment is granted. *There is no just reason for a delay in entering judgment*

Dated: Brooklyn, New York
       July __, 2010

Robert C. Heinemann
Clerk of Court